168 F.3d 479
 Reuben Martino, Jacqueline Martino, a/k/a Jacqueline Wright
v.
U.S., C/O U.S. Attorney's Office, Courthouse, U.S. District
for Middle District Pennsylvania, U.S., C/O U.S. Attorney's
Office, Courthouse, U.S. District Court for Eastern District
of Pennsylvania, U.S., Department of Veterans' Affairs,
Office of District Counsel, U.S. Office of the Secretary of
the Army, The Pentagon, U.S., Office of Secretary of
Defense, The Pentagon, Veterans'
 NOS. 97-7471, 98-7271
 United States Court of Appeals,
Third Circuit.
 October 01, 1998
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 Vacated.